UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE REYES, *on behalf of himself and all others similarly situated,*

            Plaintiff,

-against-

WESTERN NEW YORK ARENA, LLC d/b/a THE KEYBANK CENTER,

           Defendant.

Case No.: 18-cv-7448

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, WESTERN NEW YORK ARENA, LLC d/b/a THE KEYBANK CENTER, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Joshua D. Steele, Esq.
Harris Beach PLLC
99 Garnsey Road
Pittsford, NY 14534
Telephone: (585) 419-8846
jsteele@harrisbeach.com

Date: 5/23/19

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 W. 24th Street, 8th Floor
New York, NY 10011
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: May 23, 2019

SO ORDERED

_____
J. PAUL OETKEN
United States District Judge

May 28, 2019